UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HERNANDEZ,<br><br>     Plaintiff,<br><br>     v.<br><br>DARREN MATTHEW GATES,<br><br>     Defendant. | Case No. 15-cv-03431-EDL<br><br>**ORDER**<br><br>Re: Dkt. No. 19 |

On May 3, 2016, Plaintiff filed a notice of settlement, indicating that the Parties have settled this matter and that they will stipulate to dismiss this case once a settlement agreement is fully executed. Accordingly, the May 10, 2016 case management conference is hereby continued to July 20, 2016 at 2:00 p.m. By May 20, 2016, Defendant shall file either a consent or declination to magistrate judge jurisdiction. By July 12, 2016, the Parties shall file either a stipulation of dismissal, in which case the case management conference will be vacated, or a joint case management conference statement pursuant to Civil Local Rule 16-9. The stipulation of dismissal may contain a request for the Court to exercise continuing jurisdiction to enforce the settlement agreement for a period of six months.

**IT IS SO ORDERED.**

Dated: May 6, 2016

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge